**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ramon Lorenzo MEDINA–COTA, a.k.a. Ramon Medina–Cota, Defendant–Appellant.**

**Nos. 08–10333, 08–10334.**

United States Court of Appeals, Ninth Circuit.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Jan. 10, 2011.*

Filed Jan. 20, 2011.

Christina Marie Cabanillas, Claire Lefkowitz, Esquire, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Matthew Harrison Green, Esquire, Tucson, AZ, for Defendant–Appellant.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Ramon Lorenzo Medina–Cota appeals from his guilty-plea conviction and 75–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326, and from his revocation of supervised release and 12–month sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Medina–Cota's counsel has filed a brief stating there are no grounds for relief. We have provided the appellant with the opportunity to file a supplemental brief. No pro se brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, the district court's judgments are **AFFIRMED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

